UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AILEEN MARQUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAKPAMNI LAKE COMMUNITY CORPORATION; and WAKPAMNI LAKE COMMUNITY CORPORATION II a/k/a WLCC II d/b/a ARROWHEAD ADVANCE; and RAYCEN AMERIAN HORSE RAINES f/k/a RAYCEN BALLARD; and GENEVA LONE HILL,<br><br>Defendants. | Case No. 3:21-cv-00525-WQH-KSC<br><br>Honorable William Q. Hayes<br><br>**JOINT MOTION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**JOINT MOTION TO DISMISS ACTION; 3:21-CV-00525-WQH-KSC**

1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Aileen Marquez ("Plaintiff") and defendants Wakpamni Lake Community Corporation, Wakpamni Lake Community Corporation II a/k/a WLCC III d/b/a Arrowhead Advance, Raycen American Horse Raines f/k/a Raycen Ballard, and Geneva Lone Hill (the "Defendants," collectively the "Parties"), hereby stipulate to the dismissal of and jointly move to dismiss the action in its entirety, with prejudice as to Plaintiffs' individual claims and without prejudice as to the claims of the putative class members.

The Parties have executed a confidential settlement agreement that provides for the dismissal of Plaintiffs' individual claims with prejudice and the putative class claims without prejudice.

No class has been certified and no motion for class certification is pending, which means the rights of the putative class will not be prejudiced by dismissal, particularly where their claims are being dismissed without prejudice.

Therefore, the Court may proceed to dismiss the action in its entirety, with prejudice as to Plaintiffs' individual claims and without prejudice as to the claims of the putative class members. The Parties agree to bear her/their own attorneys' fees and costs.

Dated: January 27, 2022                    Respectfully submitted,

By: /s/ Jason A. Ibey                     By: /s/ Chad R. Fuller
Jason A. Ibey (SBN: 284607)              Chad R. Fuller (SBN: 190830)
KAZEROUNI LAW GROUP, APC                 TROUTMAN PEPPER
321 N Mall Drive, Suite R108             HAMILTON SANDERS LLP
St. George, Utah 84790                   11682 El Camino Real, Ste 400
Telephone: 800-400-6808                  San Diego, CA 92130
Email: jason@kazlg.com                   Telephone: 858-509-6056
Attorney for Plaintiff                   Email: chad.fuller@troutman.com
                                         Attorney for Defendants

**JOINT MOTION TO DISMISS ACTION; 3:21-CV-00525-WQH-KSC**

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to, Chad R. Fuller, counsel for Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

By: */s/ Jason A. Ibey*
Jason A. Ibey

JOINT MOTION TO DISMISS ACTION; 3:21-CV-00525-WQH-KSC

3