UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AILEEN MARQUEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>WAKPAMNI LAKE COMMUNITY CORPORATION; WAKPAMNI LAKE COMMUNITY CORPORATION II a/k/a WLCC II d/b/a Arrowhead Advance; RAYCEN AMERICAN HORSE RAINES f/k/a Raycen Ballard; and GENEVA LONE HILL,<br><br>   Defendants. | Case No.:  21-cv-525-WQH-KSC<br><br>**ORDER** |

HAYES, Judge:

   Having considered the parties' Joint Motion to Dismiss Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF No. 17), and finding good cause, the Court hereby grants the Joint Motion to Dismiss and orders as follows:

   1. The above-captioned action is dismissed in its entirety, with prejudice as to Plaintiffs' individual claims and without prejudice as to the claims of the putative class members; and

1

2. The parties shall bear her/their own attorneys' fees and costs. The Clerk of the Court shall close the case.

Dated: January 31, 2022

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court